# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CR363** |
| vs. ) | |
| ) | **ORDER** |
| **ELIZABETH PAPPAS,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on defendant's motion to continue trial (#21), requesting a 45-day continuance of the January 3, 2006 trial date. Defendant was previously granted a continuance from November 8, 2005 to January 3, 2006. At that time, defendant was directed to file a waiver of speedy trial in accordance with NECrimR 12.1, but no waiver has been filed. The defendant is currently detained.

The court believes that defense counsel has shown good cause for a continuance. Under the circumstances, however, the motion will be held in abeyance until such time as a waiver of speedy trial is filed.

**IT IS ORDERED** that the motion to continue trial (#21) is held in abeyance pending compliance with NECrimR 12.1.

**DATED December 28, 2005.**

        **BY THE COURT:**

        **s/ F.A. Gossett**
        **United States Magistrate Judge**