## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CR363** |
| vs. | ) | |
| | ) | **ORDER** |
| **ELIZABETH PAPPAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's motion to continue trial (#21). The defendant has filed a waiver of speedy trial in accordance with NECrimR 12.1. For good cause shown,

**IT IS ORDERED** that the motion to continue trial (#21) is granted, as follows:

1. Trial of this matter is continued from January 3, 2006 to **February 21, 2006** before Judge Laurie Smith Camp and a jury.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **January 3, 2006 and February 21, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reasons stated in the motion, and considering the diligence of counsel. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED December 28, 2005.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge