IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:05CR363 |
| ) | |
| ELIZABETH PAPPAS, ) | **ORDER** |
| ) | |
| Defendant. ) | |

    Before the court is the Motion to Continue Trial [38] and Motion to Continue Change of Plea Hearing [39]. I find the Motion to Continue Trial to be moot as defendant has requested a change of plea hearing. Good cause being shown, I find the Motion to Continue Change of Plea be granted. The hearing will be continued approximately 30 days.

    IT IS ORDERED:

1. The Motion to Continue Trial [38] is denied as moot;

2. The Motion to Continue Change of Plea Hearing [39] is granted. The Change of Plea hearing is continued to **March 31, 2006** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

    For this defendant, the time between **February 27, 2006** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 27th day of February, 2006.

                              BY THE COURT:

                              s/ F.A. Gossett
                              United States Magistrate Judge